**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**JEPHETH D. CHAFFIN**                                                      **PLAINTIFF**

      **v.**            **Civil No. 05-2061**

**CITY OF FORT SMITH, ARKANSAS**                                             **DEFENDANT**

## O R D E R

Now on this 16th day of August, 2005, this matter comes on for consideration following an exchange of letters by the parties, having to do with difficulties scheduling the 26(f) conference and the issue of whether or not plaintiff is acting *pro se*. Both parties claim that they "do not know how to deal with the situation."

Defense counsel asks to be relieved of the obligation to participate in the 26(f) conference, having been told by plaintiff that he "had legal counsel advising him" and becoming concerned about making an ethically inappropriate contact with a party represented by counsel.

Plaintiff states that he is *pro se*, and asks the Court not to relieve defense counsel of the obligation of participating in the 26(f) conference.

The official court file reflects that plaintiff is not represented by counsel. His status as a *pro se* litigant is not altered by the fact that he might have behind-the-scenes legal assistance. The parties are directed to schedule a 26(f)

conference forthwith, and file a report thereof no later than September 1, 2005.

Both parties also acknowledge the pending Motion For Summary Judgment filed by defendant. While it is unusual for a dispositive motion to be filed before discovery, it is not unheard of, or inappropriate. Although almost a month has passed since this motion was filed, plaintiff has failed to respond. The Court will allow plaintiff to file a belated response on or before September 1, 2005, after which it will rule on the motion, regardless of whether plaintiff has presented any response.

Finally, plaintiff states that he works nights and sleeps during the day, but that he is "reachable" during the day. If plaintiff has a telephone number at which he may be reached during the day, he is directed to immediately advise the Court and opposing counsel of this number, so that the business of the courts may be handled promptly and efficiently.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**