# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

JEPHETH D. CHAFFIN                                          PLAINTIFF

      **v.**              **Civil No. 05-2061**

CITY OF FORT SMITH, ARKANSAS                                DEFENDANT

<u>**JUDGMENT**</u>

Now on this 23d day of December, 2005 comes on for consideration defendant's **Second Motion For Summary Judgment** (document #18), and for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                            **/s/ Jimm Larry Hendren**
                            **JIMM LARRY HENDREN**
                            **UNITED STATES DISTRICT JUDGE**